JOE LOWE CORPORATION, Respondent, v. CORNELIUS KRENS, Also Known as

CHARLES KRENS, and Others, Appellants.— Order modified by providing that an immediate trial be had at the instance of defendants, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.